

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00710-CR

Roger **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9353
Honorable Raymond Angelini, Judge Presiding

Opinion by:     Lori I. Valenzuela, Justice

Sitting:        Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: February 7, 2024

AFFIRMED; MOTION TO WITHDRAW GRANTED

Roger Jimenez was indicted for felony driving while intoxicated. Jimenez pled not guilty. After a two-day trial, the jury found Jimenez guilty, and the trial court sentenced Jimenez to five years' confinement.

On appeal, Jimenez's court-appointed appellate attorney filed a brief in which he concludes this appeal is frivolous and without merit, and requests to withdraw as counsel. The brief demonstrates a professional and thorough evaluation of the record and meets the requirements of *Anders v. California,* 386 U.S. 738 (1967) and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App.

1978). Counsel sent copies of the brief, which included a request to withdraw, to Jimenez and informed him of his rights in compliance with the requirements of *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). This court notified Jimenez of the deadline to file a pro se brief. Jimenez did not file a pro se brief.

We have thoroughly reviewed the record and counsel's brief. We find no arguable grounds for appeal exist and have decided the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005); *see also Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.) (per curiam); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). We therefore grant the request to withdraw filed by appointed counsel and affirm the trial court's judgment. *See id.*

No substitute counsel will be appointed. Should Jimenez wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Court of Criminal Appeals. *See id.* 68.3. Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* 68.4.

Lori I. Valenzuela, Justice

DO NOT PUBLISH